102 A.3d 419

Kenneth LEE, Appellant

v.

COMMONWEALTH of Pennsylvania BOARD OF PROBATION AND PAROLE and Michael Potteiger, Chairman, Commonwealth of Pennsylvania Board of Probation and Parole, Appellees.

Supreme Court of Pennsylvania.

Oct. 30, 2014.

## ORDER

PER CURIAM.

AND NOW, this 30th day of October, 2014, the order of the Commonwealth Court is hereby **AFFIRMED.**

102 A.3d 419

Blaine M. CARVER, Appellant

v.

COMM. of PA. et al., P.B.P.P.; DOC Secretary, John Wetzel; S.C.I. @ Hou. Warden Steven R. Glunt; P.B.P.P. Super. Ms. Brown P.B.P.P. Agents Ryan, Mallon & Feathers; Records Super. Tanya Hayles; Unit Mgr. Michelle Ivicic; Counselor Richard Walker C.C.P.M. John Sawtelle; F.G.C. Doretta Chencharick, Appellees.

Supreme Court of Pennsylvania.

Oct. 30, 2014.

## ORDER

PER CURIAM.

AND NOW, this 30th day of October, 2014, the Order of the Commonwealth Court is AFFIRMED.